UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NESSELSON, M.D.

                                        Plaintiff,

v.                                                      **DECLARATION OF**
                                                        **PAMELA A. KOPLIK**

JAMES MCDONALD, MD in his official capacity            25 CV 04464 (JLR)
as Commissioner of NYS Department of Health;
JOSEPH A. GIOVANNETTI in his official
capacity as Director of Bureau of Investigations,
NYS Department of Health; MICHELLE MORSE
M.D. in her official capacity as Commissioner of
the New York City Department of Health and
Mental Hygiene; NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE,

                                        Defendants.

        **PAMELA A. KOPLIK** declares, pursuant to 28 U.S.C. § 1746 and under penalty

of perjury, that the following is true and correct:

        1.      I am an Assistant Corporation Counsel in the office of Muriel Goode-

Trufant, Corporation Counsel of the City of New York, attorney for Defendants Michelle Morse,

M.D. and New York City Department of Health and Mental Hygiene ("DOHMH")("City

Defendants") in the instant action.

        2.      I respectfully submit this declaration in support of the City's motion for an

order and judgment dismissing the Amended Complaint pursuant to Rules 8(a), 8(d), 12(b)(1) and

12(b)(6) of the Federal Rules of Civil Procedure and in opposition to Plaintiff's motion for

mandatory and prohibitive preliminary injunctive relief.

        3.      This declaration is intended to put before the Court publicly available

documents that bear on Plaintiff's amended motion for a preliminary injunction.

                                        1

2

4.      A true and accurate copy of an August 29, 2025 Report and Recommendation ("R & R") in *Kahn v. McDonald, et al*. (USDC EDNY 24-cv-04745) is annexed hereto as Exhibit A.

5.      A true and accurate copy of a June 6, 2025 Order in *Guggenheim v. McDonald, et al*. (USDC SDNY 25-cv-03615) is annexed hereto as Exhibit B.

**WHEREFORE**, for the reasons stated in the City Defendant's papers, the City Defendants respectfully requests that this Court grant the City Defendant's motion to dismiss the Complaint and deny plaintiff's motion for preliminary injunctive relief.

Dated:      New York, New York
            September 16, 2025

                                                    /s/
                                            **PAMELA A. KOPLIK**