

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

October 15, 2025

**BY ECF**
Hon. Judge Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Mark Nesselson M.D. v. James McDonald, et al.</u>
                United States District Court, SDNY (Case 25-cv-04464 (JLR)(OTW))

Dear Judge Rochon:

      This office represents defendants James McDonald, M.D., the Commissioner of the New York State Department of Health ("DOH") and Joseph A. Giovannetti, Esq., Director of DOH's Bureau of Investigations (collectively, the "State Defendants"), sued in their official capacities in this action. Plaintiff's complaint, filed May 29, 2025 ("Complaint," ECF No. 1), also names as defendants Michelle Morse, M.D., the Acting Commissioner of the New York City Department of Health and Mental Hygiene ("NYCDOH"), sued in her official capacity, and NYCDOH (collectively, the "City Defendants"). The parties write to notify the Court that the State and City Defendants consent to Plaintiff's filing of the Corrected Amended Complaint (ECF 46), and to propose a briefing schedule for their motions to dismiss that pleading as well as for two motions Plaintiff intends to file.

      On August 4, 2025, Plaintiff filed a Motion for a Preliminary Injunction based on the original complaint. (ECF 28, 29) ("PI Motion"). Then, pursuant to a Court ordered briefing schedule (ECF 32), Plaintiff filed a Motion to Revoke DOH's July 22, 2024 Subpoena on August 7, 2025. (ECF 33) ("Motion to Quash"). On September 16, 2025, City Defendants filed a Motion to Dismiss Plaintiff's Complaint and an Opposition to Plaintiff's PI Motion. (ECF 37-40). The next day, State Defendants filed a Motion to Dismiss Plaintiff's Complaint (ECF 41) and Opposition to both the PI Motion and the Motion to Quash. (ECF 42-43).

      On October 7, 2025, within 21 days of the filing of City Defendants' Motion to Dismiss, Plaintiff filed an amended complaint. (ECF 45). On October 8, 2025, the parties were notified through ECF that the pleading was deficient because of inaccurate party designations, and that Plaintiff was directed to refile. The next day, Plaintiff filed the Corrected Amended Complaint to address the ECF Clerk's notice. (ECF 46). On October 10, 2025, the ECF Clerk informed Plaintiff

Hon. Judge Jennifer L. Rochon                                                                      Page 2 of 3
October 15, 2025

that the filing of his Corrected Amended Complaint was deficient because the Court's leave had not been granted. Plaintiff was instructed to file an exhibit reflecting either leave of the Court or consent of the parties to Plaintiff's filing of the Corrected Amended Complaint.

Counsel for all parties conferred on October 14, 2025 regarding Plaintiff's filing of the October 9 Corrected Amended Complaint, and on a proposed joint briefing schedule. Initially, as a component of the proposed schedule set forth below, and to avoid unnecessary motion practice, Defendants consent to Plaintiff's October 9, 2025 Corrected Amended Complaint, as filed. Accordingly, Plaintiff requests that the Court accept his October 9, 2025 filing of the Corrected Amended Complaint.

As for Plaintiff's pending PI Motion and Motion to Quash, Plaintiff agrees to withdraw them and intends to file new motions in light of his Corrected Amended Complaint. The proposed briefing schedule set forth below takes into account upcoming holidays as well as the previously planned vacations, travel, and court commitments of the parties and counsel.

| Event | Filing Deadline |
|---|---|
| Plaintiff's PI Motion and Motion to Quash based on the Corrected Amended Complaint | November 7, 2025 |
| State and City Defendants' Motions to Dismiss the Corrected Amended Complaint and Their Oppositions to Plaintiff's motions | December 8, 2025 |
| Plaintiff's Opposition to Defendants' Motions to Dismiss and Reply in Further Support of His PI Motion and Motion to Quash | January 14, 2026 |
| State and City Defendants' Replies in Further support of their Motions to Dismiss | February 9, 2026 |

Consistent with the parties' August 6, 2025 application approved by the Court (ECF 32), State Defendants also respectfully request leave to file a combined brief of up to 14,800 words (approximately 45 pages) in support of their motion to dismiss and in opposition to Plaintiff's refiled PI Motion and Motion to Quash. The City Defendants make the same request to file their own combined brief of up to 11,500 words (approximately 35 pages) encompassing all relevant issues. Plaintiff does not object to these requests. (Plaintiff intends to file separate briefs in opposition and reply with respect to each motion, and does not seek page enlargements.)

The parties' proposed briefing schedule and Defendants' requests to file combined briefing are made to conserve the time and resources of the litigants and the Court. Defendants' arguments in support of their dismissal motions will necessarily address a key element of Plaintiff's proposed motion for a preliminary injunction—his likelihood of success on the merits. The two combined briefs submitted by the State and City Defendants would encompass all relevant issues, rather than having several memoranda addressing many of the same facts, arguments, and authorities.

Hon. Judge Jennifer L. Rochon                                                                 Page 3 of 3
October 15, 2025

  In addition to seeking Court approval of this proposed briefing schedule and page enlargements, the parties respectfully request that the Court extend the adjournment of the Initial Pre-trial Conference until at least 10 days after the Court decides all of the above-referenced motions, and continue the stay of all discovery ordered on August 7, 2025. (ECF 32)

  Counsel for all parties have reviewed, approved, and join in this letter motion. The parties thank the Court for consideration of their joint request.

Respectfully submitted,

s/*Rosemary B. Boller*
ROSEMARY B. BOLLER
Assistant Attorney General
212-416-6287
Rosemary.Boller@ag.ny.gov

The proposals are adopted. Plaintiff may file a corrected amended complaint. Plaintiff's PI motion and motion to quash are due November 7, 2025. The State and City Defendants' motions to dismiss and responses to Plaintiff's motions are due December 8, 2025. Plaintiff's opposition to the motion to dismiss, and reply in further support of his motions, are due January 14, 2026. The State and City Defendants' replies in further support of their motions to dismiss are due February 9, 2026. The parties may file combined briefs of the length set forth in this letter.

The Court's August 7, 2025 order staying discovery remains in effect, and the initial pre-trial conference remains adjourned.

In light of the parties' representations that Plaintiff is withdrawing his pending PI motion and motion to quash, and that the State and City Defendants plan to file new motions to dismiss based on the corrected amended complaint, the pending motions in this case are mooted. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 28, 33, 37, 41, and 47.

         **SO ORDERED.**
Dated: October 16, 2025
   New York, New York  *Jennifer Rochon*
         **JENNIFER L. ROCHON**
         **United States District Judge**