> Request GRANTED. Plainitff's motion to quash and motion for preliminary injunction is due November 14, 2025. Defendants' opposition to those motions, and defendants' motions to dismiss, are due December 15, 2025. Plainitff's reply to defendants' opposition, and Plaintiff's opposition to the motions to dismiss, are due January 21, 2026. Defendants' replies to Plaintiff's opposition are due February 23, 2026.
>
> Dated: November 4, 2025
>     New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

*Jacques G. Simon*
*Attorney at Law P.C.*

email: jgs@jacquessimon.com
url: jacquessimon.com

Bar Admissions: NY, CT, GA, TX, DC

| **Long Island NY Main Offices*** | **Washington DC Offices** | **New York City Offices** |
|---|---|---|
| 200 Garden City Plaza<br>Suite 301<br>Garden City, NY 11530<br>Phone: (516) 378-8400<br>Fax: (516) 559-7009 | 601 13th Street, NW<br>Suite 900 South<br>Washington, D.C. 20005<br>Phone: (202) 301-8070<br>Fax: (202) 301-8071 | 420 Lexington Ave.,<br>Suite 300<br>New York, NY 10170<br>Phone: (332) 330-9002<br>Fax: (332) 220-3880 |

Respond to LI  **x**   DC__ NYC__ office

November 3, 2025

VIA ECF FILING ONLY

Hon. Jennifer Rochon, USDJ
US District Court SDNY
500 Pearle Street,
New York, NY 10007

Re: Nesselson M.D. v. Mc. Donald M.D. et.al.
Case No. 1:25-cv-04464-JLR
LETTER MOTION TO EXTEND DEADLINES ON
CONSENT OF ALL PARTIES

Dear Judge Rochon:

     I represent the Plaintiff in the above referenced matter. The purpose of this letter motion is to request the extension of all existing deadlines adopted in Your Honor's Order of October 16, 2025, DE 48 for good cause shown.

     Specifically due to exigent and unexpected healthcare issues experienced by the undersigned which have to be addressed this week with my healthcare providers, I respectfully

1

request that all of the deadlines encompassed in the court's order of October 16, 2025 be extended by one week.

The attorneys for the defendants all have agreed to my request for this extension being made to the Court and be granted by the Court.

As of this date, the plaintiff filed the Corrected First Amended Complaint on October 17, 2025. The plaintiff proposes and the defendants agree to the following extensions of the respective existing dates.

1. The deadline date for the filing and serving of Plaintiff's motion for preliminary injunction and motion to quash administrative subpoena due on November 7, 2025 be extended to and including **November 14, 2025;**

2. The deadline date for the filing the two sets of defendants' respective motions to dismiss the Corrected First Amended Complaint and the opposition to Plaintiff's motion for a preliminary now due on December 8, 2025 be extended to **December 15, 2025**;

3. The deadline for the filing of Plaintiff's opposition to defendants' respective motions to dismiss and the respective oppositions to Plaintiff's motion for preliminary injunction and motion to quash administrative subpoena now due January 14, 2025 be extended **to January 21, 2025.**

4. The deadline for the filing of Defendants' respective replies to Plaintiff's opposition to defendants' respective motions to dismiss now due February 9, 2025 be extended **to February 23, 2025.**

The Plaintiff's attorney has advised defendants' attorneys that upon receipt of the voluminous motions and oppositions from the defendants, anticipated based upon defendants' own representation to be around 80 pages in total, and in the event that the same motions encompass complex issues, the Plaintiff may have to ask for additional extensions of time to respond to the same. However at this time the Plaintiff will not seek such further extension beyond the dates proposed above until and unless the plaintiff and his attorneys have had a chance to examine defendants' new motions and determine that such further time is needed.

For all of the foregoing reasons, the plaintiff, with the consent of the defendants is asking for the modification of the Order of October 16, 2025 DE 48 in the form of a one week extension of the entire schedule set forth in this Court's Order, to enable him to complete the preparation and filings of the same.

                                                    Respectfully submitted:
                                                    Attorney for the Plaintiff
                                                    */s/ Jacques G. Simon*

c.c.: Rosemarie Boller, Esq., Pamela Koplik Esq., Oliver Paprin Esq.