*Jacques G. Simon*
*Attorney at Law P. C.*

———

email: jgs@jacquessimon.com

url: jacquessimon.com

Bar Admissions: NY, CT, GA, TX, DC

| **Long Island NY Main Offices*** | **Washington DC Offices** | **New York City Offices** |
|---|---|---|
| 200 Garden City Plaza<br>Suite 301<br>Garden City, NY  11530<br>Phone: (516) 378-8400<br>Fax:    (516) 559-7009 | 601 13th Street, NW<br>Suite 900 South<br>Washington, D.C. 20005<br>Phone: (202) 301-8070<br>Fax:    (202) 301-8071 | 420 Lexington Ave.,<br>Suite 300<br>New York, NY 10170<br>Phone: (332) 330-9002<br>Fax:    (332) 220-3880 |

Respond to LI  **x**   DC__NYC__ office

> Request GRANTED. Plaintiff's motion to quash and motion for preliminary injunction are due November 16, 2025. Defendants' opposition to those motions, and defendants' motions to dismiss, are due December 17, 2025. Plaintiff's reply to defendants' opposition, and Plaintiff's opposition to the motions to dismiss, are due January 23, 2026. Defendants' replies to Plaintiff's opposition are due February 25, 2026.
>
> Dated: November 18, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

November 17, 2025

VIA ECF FILING ONLY

Hon. Jennifer Rochon, USDJ
US District Court SDNY
500 Pearle Street,
New York, NY 10007

Re: Nesselson M.D. v. Mc. Donald M.D. et.al.
Case No. 1:25-cv-04464-JLR
LETTER MOTION TO FURTHER EXTEND
DEADLINES ON CONSENT OF ALL PARTIES

Dear Judge Rochon:

     I represent the Plaintiff in the above referenced matter. The purpose of this letter motion is to request the further extension of all existing deadlines adopted in Your Honor's Order of November 4, 2025, DE 48 by two days for good cause shown. This request is also made on consent of the attorneys for all parties.

1

On November 3, 2025 I wrote to the Court to ask for a week extension to file Plaintiff's motion for preliminary injunction and to quash subpoena due to unexpected healthcare issues I experienced at that time. The request was made on consent.

The Court granted that letter motion by Order dated November 4, 2024. The deadline for filing of Plaintiff's was Friday October 14, 2025. At that time, on Firdya November 14, 2025 I advised my opposing counsel that I will be requesting the Court to further extend the time of filing to and including today due to the same healthcare issues which I represented to the Court in my November 3, 3205 letter that I was experiencing at that time. I also advised all my opposing counsel that I will be filing the motions over the weekend. I also advised that while I was first hopeful for a Saturday filing, it could go to Sunday. Both sets of attorneys, Attorney Boller, Attorney Koplick and Attorney Koplick on behalf of Attorney Paprin expressed that they will not be opposing the motion and the request for extension or the late filing.

Last night I have filed Plaintiff's motion for preliminary injunction with declaration in support DE 51; plaintiff's memorandum of law in support of motion for preliminary injunction DE 52 and Plaintiff's motion to quash administrative subpoena pursuant to the Fourth Amendment with supporting declaration and memorandum of law DE 53.

By this letter I am requesting that the Court extend the filing deadlines by a minimal two days to and including January 16, 2025 and accept last night's filings as timely on consent of all parties.

I hereby respectfully request that due to the intervening healthcare related circumstances which again were not anticipated the Court grant this motion and that the October 4, 2025 Order DE 51 be further modified as follows:

1.      The deadline date for the filing and serving of Plaintiff's motion for preliminary injunction and motion to quash administrative subpoena due on November 7, 2025 be extended to and including **November 16, 2025;**

2.      The deadline date for the filing the two sets of defendants' respective motions to dismiss the Corrected First Amended Complaint and the opposition to Plaintiff's motion for a preliminary now due on December 8, 2025 be extended to **December 17, 2025**;

3.      The deadline for the filing of Plaintiff's opposition to defendants' respective motions to dismiss and the respective oppositions to Plaintiff's motion for preliminary injunction and motion to quash administrative subpoena now due January 14, 2025 be extended **to January 23, 2025.**

4.      The deadline for the filing of Defendants' respective replies to Plaintiff's opposition to defendants' respective motions to dismiss now due February 9, 2025 be extended **to February 25, 2025.**

  As stated in the prior motion letter of November 3, 2025 the Plaintiff's attorney has in prior to all new filings advised defendants' attorneys that upon receipt of the voluminous motions and oppositions from the defendants, anticipated based upon defendants' own representation to be around 80 pages in total, and in the event that the same motions encompass complex issues, the Plaintiff may have to ask for additional extensions of time to respond to the same. However at this time the Plaintiff will not seek such further extension beyond the dates proposed above until and unless the plaintiff and his attorneys have had a chance to examine defendants' new motions and determine that such further time is needed.

  For all of the foregoing reasons, the plaintiff, with the consent of the defendants is asking for the modification of the Order of November 3, 2025 DE 51 in the form of a two days extension of the entire schedule set forth in this Court's Order, and deem the filings in DE 52, 53 and 54 accepted.

                Respectfully submitted:
                Attorney for the Plaintiff
                */s/ Jacques G. Simon*

c.c.: Rosemarie Boller, Esq., Pamela Koplik Esq., Oliver Paprin Esq.