**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARK NESSELSON M.D.,

Plaintiff,

-against-

25 **CIVIL** 4464 (JLR)

# JUDGMENT

JAMES MCDONALD MD in his official capacity as Commissioner of NYS Department of Health; JOSEPH A. GIOVANNETTI in his official capacity as Director of Bureau of Investigations NYS Department of Health; MICHELLE MORSE M.D. in her official capacity as Commissioner of the New York City Dept. of Health and Mental Hygiene; NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2026, the State Defendants' motion to dismiss is GRANTED, the City Defendants' motion to dismiss is GRANTED, Nesselson's motion for preliminary injunction is DENIED, Nesselson's motion to quash is DENIED, and the parties' sealing motions are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

August 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**